Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 19−15160−JKS
                                Chapter: 13
                                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rene A. Sosa
   275 4th Street
   Jersey City, NJ 07302

Social Security No.:
   xxx−xx−7829

Employer's Tax I.D. No.:

### RESCHEDULED CONFIRMATION HEARING

Confirmation Hearing Rescheduled (related document:14 Chapter 13 Plan. Filed by Bruce C. Truesdale on behalf of Rene A. Sosa. filed by Debtor Rene A. Sosa, 15 Confirmation Hearing Scheduled (related document:14 Chapter 13 Plan. Filed by Bruce C. Truesdale on behalf of Rene A. Sosa.). Confirmation hearing to be held on 9/27/2019 at 08:30 AM at JKS − Courtroom 3D, Newark. Last day to Object to Confirmation 9/20/2019. (zlh) (Entered: 08/01/2019)

Dated: August 1, 2019
JAN: zlh

                                                                             Jeanne Naughton
                                                                               Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                          Case No. 19-15160-JKS
Rene A. Sosa                                                    Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Aug 01, 2019
                              Form ID: 200             Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2019.
db             +Rene A. Sosa,    275 4th Street,    Jersey City, NJ 07302-2169
518103096     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
518103097      +Bank of NY Mellon,    3000 Bayport Drive, Ste 880,    Tampa, FL 33607-8409
518103098      +Firstmark/SLF V 2015 Trust,    121 South 13th Street,    Lincoln, NE 68508-1904
518103099      +Pluese Becker & Saltzman,    200000 Horizon Way, Suite 900,    Mount Laurel, NJ 08054
518263062      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 00:28:57      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 00:28:53      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
                                                                                              TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
              Bruce C. Truesdale    on behalf of Debtor Rene A. Sosa brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann    Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-6 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```